**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, | |
| Plaintiffs, | Case No. 07C 6286 |
| v. | Judge Ronald Guzman |
| REKSTAD BUILDERS, INC., and DANIEL S. REKSTAD, doing business as REKSTAD BUILDERS, INC., | |
| Defendants, | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, by their attorneys, file this notice of voluntary dismissal dismissing defendants Rekstad Builders, Inc., and Daniel S. Rekstad, doing business as Rekstad Builders, Inc., pursuant to Rule 41(a) of the F.R.Civ.P., which consists of dismissing this entire matter.

Wherefore, plaintiffs request that this cause be dismissed, without prejudice.

By:

    /s/ Karen I. Engelhardt
One of plaintiffs' attorneys

Wesley Kennedy
Karen I. Engelhardt
Angie Cowan
Josiah Groff
Allison, Slutsky & Kennedy, P.C.,
230 West Monroe Street Suite 2600
Chicago, IL 60606
(312) 364-9400

February 5, 2008

## CERTIFICATE OF MAILING

      I, Karen I. Engelhardt state that I mailed a copy of the Notice of Dismissal to the Company at the address mentioned below on 5th day of February 2008 with proper postage prepaid before the hour of 5:00 p.m.

                Daniel Rekstad
                11136 Edgebrook Lane
                Indianhead Park, IL 60525

                /s/ Karen I. Engelhardt